IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CABANA BEACH CLUB, LLC,

      Appellant,

v.

KEY BANK NATIONAL
ASSOCIATION, A NATIONAL
BANKING ASSOCIATION, IN
ITS CAPACITY AS
ADMINISTRATIVE AGENT,
CABANA CAY
INVESTMENTS, LLC, AN
OHIO LIMITED LIABILITY
COMPANY, ET AL.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5437

Opinion filed July 7, 2014.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Joseph M. Cook, North Salt Lake, Utah, for Appellant.

John H. Pelzer of Greenspoon Marder, P.A., Fort Lauderdale, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., WOLF, and WETHERELL, JJ., CONCUR.